ROBERT R. VOLK, PROSECUTOR, v. WILLIAM F. BURK
ET AL., BOARD OF COMMISSIONERS OF THE CITY OF
TRENTON, AND MICHAEL F. McDADE.

Submitted March 21, 1912—Decided July 10, 1912.

One claiming to be an officer of a municipality, but not such *de jure*—
*Held*, to be without legal standing to institute proceedings to re-
view a municipal resolution appointing another to such office.

On *certiorari.*

Before Justices BERGEN, VOORHEES and KALISCH.

For the prosecutor, *Richard S. Wilson* and *James J. Mc-
Googan.*

For the defendants, *Charles E. Bird.*

The opinion of the court was delivered by

VOORHEES, J.   The prosecutor, by his writ of *certiorari,*
seeks to review the resolution of the board of commissioners
of the city of Trenton, electing Michael F. McDade chief
clerk to the board of commissioners of assessment of taxes,
passed at a meeting of that body on the 29th day of No-
vember, 1911.

The prosecutor had been appointed clerk to the board of
commissioners of assessment of taxes of Trenton in January,
1907, under an act empowering the commissioners of assess-
ment of taxes to appoint a clerk.  *Pamph. L.* 1890, *p.* 261;
4 *Comp. Stat., p.* 5149, § 89.  The prosecutor, under this
act, we think, was a city officer, as distinguished from a mere
employe.   The position is in the act termed an office, and
therefore the adoption of the Commission Government act and
the subsequent organization of the board of commissioners
*ipso facto* terminated the prosecutor's term as such clerk.

The adoption by the board of commissioners of the so-called omnibus resolution, recited in the opinion in *Salter* v. *Burk, ante p.* 152, did not, in our opinion, constitute a legal appointment of the prosecutor as clerk to the board of commissioners of assessment of taxes. The power to appoint such clerk resided not in the board of commissioners of the city of Trenton but under the above-cited statute. Hence, the action of the board of commissioners of Trenton failed to constitute an appointment of the prosecutor.

Whether or not the attempted appointment of Michael F. McDade by the board of commissioners of the city of Trenton, by the resolution under review was valid or not, need not be decided in this case. If it was a valid appointment, the prosecutor, not being a *de jure* officer, cannot complain. If it was invalid, he still is without standing to set it aside.

The principles in this case are governed by *Salter* v. *Burk, supra,* and *Wilson* v. *Burk, post p.* 205.

The writ of *certiorari* will therefore be dismissed.